**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTINA M. KARKANEN, ET AL.,**<br>Plaintiffs**,**<br>vs.<br>**STATE OF CALIFORNIA, ET AL.,**<br>Defendants**.** | CASE NO. 17-cv-06967-YGR<br><br>**ORDER DENYING PLAINTIFF'S RENEWED REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 13 |

The Court is in receipt of plaintiff's renewed request for appointment of counsel. (Dkt. No. 13.)

While the Court is sympathetic to plaintiff's circumstances, there generally is no constitutional right to counsel in civil actions. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 801 (9th Cir. 1986) ("There is normally … no constitutional right to counsel in a civil case."). In proceedings *in forma pauperis*, the Court has the statutory power only to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). This decision of whether to request counsel is within the discretion of the district court and is "granted only in exceptional circumstances." *See Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984)). Deciding whether "exceptional circumstances" exist requires an evaluation of the likelihood of plaintiff's success on the merits as well as the ability of the plaintiff to articulate his or her claims *pro se* in light of the complexity of the legal issues. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).

At this stage of the proceedings, the Court is unable to determine whether the exceptional circumstances required for requesting counsel are present here. Accordingly, plaintiff's renewed request for appointment of counsel is **DENIED WITHOUT PREJUDICE**. The Court may reconsider

on its own motion and request appointment of counsel later in the proceedings. With respect to amending plaintiff's complaint, the Court understands that *pro se* litigants face significant challenges in pursuing their cases. There Court hereby **EXTENDS** the deadline for plaintiff to file an amended complaint by one month, to **April 5, 2018**.

The Court advises plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov. The Court also advises plaintiff that additional assistance may be available by making an appointment with the Legal Help Center. There is no fee for this service. Please visit the Court's website or call the phone numbers listed below for current office hours, forms and policies.

To make an appointment with the Legal Help Center in Oakland, plaintiff may visit the Oakland Courthouse, located 1301 Clay Street, Room 470S, Oakland, California, 94612, or call 415/782-8982.

To make an appointment with the Legal Help Center in San Francisco, plaintiff may visit the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102, or call 415/782-8982.

To make an appointment with the Federal Legal Assistance Self-Help Center in San Jose, Plaintiff may visit the San Jose Federal Courthouse, located at 280 South 1st Street, 4th Floor, Rooms 4093 & 4095, San Jose, California, 95113, or call 408/297-1480.

This Order terminates Docket Number 13.

**IT IS SO ORDERED.**

Dated: February 16, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**